AO 91 (Rev. 02/09) Criminal Complaint

AUSA Kranz
Special Agent Larson, FBI

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America,

    *Plaintiff,*

v.

Bailey Rose Swiecicki,

    *Defendant.*

Case: 1:16-mj-30555
Judge: Morris, Patricia T.
Filed: 12-06-2016 At 09:56 AM
in re: Sealed Matter (krc)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date of November 5, 7, & 8, 2016, in the county of Bay in the Eastern District of Michigan, the defendant violated 18 U.S.C. § 1512(b)(1), an offense (or offenses) described as follows:

defendant, knowingly attempted to intimidate and corruptly persuade I.C. with the intent to influence the testimony of I.C. in an official proceeding, that is a federal grand jury, in violation of 18 U.S.C. § 1512(b)(1). [COUNT 1, 11/5/16]

defendant, knowingly attempted to intimidate and corruptly persuade I.C. with the intent to influence the testimony of I.C. in an official proceeding, that is a federal jury trial, in violation of 18 U.S.C. § 1512(b)(1). [COUNT 2, 11/7/16 & COUNT 3, 11/8/16]

This criminal complaint is based on these facts:

See attached affidavit.

☒ Continued on the attached sheet.

*Complainant's signature*

Steve Larson, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: DEC - 6 2016

*Judicial Officer signature*

Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*

City and state: Bay City, Michigan

Submit by Email    Print Form

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## FOR BAILEY ROSE SWIECICKI

I, Steve Larson, being duly sworn, depose and state:

1. I am an agent with the Federal Bureau of Investigation for approximately 17 years. During my career I have been involved in numerous investigations concerning assaults and witness tampering. The following is based on a statement from the victim and statements from other law enforcement officers and individuals.

2. The information included in this affidavit is provided for the limited purpose of establishing probable cause that Bailey Rose Swiecicki committed the offense of Witness Tampering on or about November 5, 2016, in violation of 18 U.S.C. § 1512(b)(1), and therefore it does not contain all of the facts known to me. Additionally, unless otherwise noted, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

3. Makyo Henry George-Dye was arrested on November 4, 2016 for a supervised release violation. He was also charged in the United States District Court in the Northern Division of the Eastern District of Michigan with two count of domestic violence against I.C.

4. George-Dye was placed in the Bay County Jail in the M-Dorm with Demarcus King.

5. George-Dye committed witness tampering in person with I.C. before he was arrested and while he was in jail as will be detailed below. During jail calls with his mother, Amanda Oldman, on November 14, 2016, Oldman told George-Dye that I.C. had stolen money out of his bank account. Oldman asked George-Dye if he had given I.C. permission to take the money, and he said he had not.

1

6. On November 5, 2016, four days before I.C.'s testimony before the grand jury, I.C. received a phone call from an unknown female who told I.C. that the caller's boyfriend was in jail with George-Dye. The caller said George-Dye said I.C. could get money out of George-Dye's account and that I.C. shouldn't testify about what happened when I.C. goes before the grand jury. Shortly before the call to I.C., King had visited with Bailey Swiecicki, King's girlfriend. During the visit, King asked Swiecicki to call George-Dye's girlfriend (I.C.) and tell her (I.C.) could take money out of George-Dye's account and that she (I.C.) shouldn't talk to the grand jury about what happened.

7. During a call later that day, Swiecicki told King that Swiecicki called I.C. and passed on the message. Swiecicki also talks directly to George-Dye during this call. George-Dye said, "Tell her (referring to I.C.) not to say anything to the Grand Jury." Swiecicki agreed to do so.

8. King also told Swiecicki that George-Dye said to tell I.C. to "say no to everything at grand jury." Swiecicki then says "yeah I told her that if they ask you anything, all you have to say is 'I don't recall.' That's what I told her."

9. King and Swiecicki were in the Bay County Jail which is in the Eastern District of Michigan during the above mentioned visitation on November 5, 2016. Swiecicki live in Bay City, Michigan and made the phone call to I.C. to commit witness tampering shortly before the November 5th phone call. During that call, Swiecicki indicates that she was having a child sleeping over at their house with their child.

10. On December 1, 2016, Affiant executed a search warrant for Swiecicki's cellular telephone. During a search of that telephone, Affiant found text messages between I.C. and Swiecicki. In

2

one of those text messages on November 5, 2016, Swiecicki told I.C., when referring to I.C.'s testimony before the grand jury, Swiecicki wrote: "[y]ou have the right to take the 5th amendment. Or from my own experience it's best to say 'I don't recall" lol."

11. During a text message on November 7, 2016, Swiecicki wrote to I.C.: "He (referring to George-Dye) wanted me to see if you spoke with a lawyer.??? And to say no to everything when/if it goes to trial. And that he loves you and the baby."

12. Again, during a text message on November 8, 2016, Swiecicki wrote to I.C.: "He (referring to George-Dye) wanted me to see if you spoke to a lawyer.??? And to say no to everything when/if it goes to trial. And that he loves you and his baby."

13. Based on the above-described information, there is probable cause to believe that on or about November 5, 7, and 8, 2016, Bailey Rose Swiecicki committed witness tampering, in violation of 18 U.S.C. § 1512(b)(1).

_____
Steve Larson
FBI

Subscribed and sworn to before me
this ___ day of December, 2016.

_____
HON. PATRICIA M. MORRIS
United States Magistrate Judge

3